AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whipple, Mary Ann | U.S. Bankruptcy Court, N.D. OH | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/1/2016 to 12/31/2016 |

**7. Chambers or Office Address**

James M. Ashley and Thomas W.L. Ashley United States Courthouse
1716 Spielbusch Avenue, Room 111
Toledo, OH 43604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Uniform Gift to Minors Act [See Note in Part VIII] |
| 2. | Trustee | Trust #1 [See Note Part VIII] |
| 3. | Executive Committee Member | Morrison R. Waite Chapter, American Inns of Court |
| 4. | Executive Board Member | University of Michigan Club of Toledo |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | State Teachers Retirement System (Ohio); interest in public pension plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Wisconsin State Bar Association | 3/2/16 to 3/4/16 | Kohler, WI | Seminar speaker | seminar registration fee and materials, transportation expenses, lodging and meals |
| 2. | Cleveland Metro Bar Association | 6/1/16 | Cleveland, OH | Seminar speaker | seminar registration fee and materials, transportation expenses |
| 3. | Federal Bar Association, Western District of Michigan | 7/30/16 and 7/31/16 | Mackinac Island, MI | Seminar speaker | seminar registration fee and materials, transportation and meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Huntington National Bank(IRA)(CD)(cash accounts) | A | Interest | M | T | | | | | See Note in Part VIII |
| 2. Merrill Lynch Ready Assets Trust | A | Int./Div. | J | T | | | | | |
| 3. Blackrock Mid Cap Growth Equity Portfolio Class A | | None | K | T | | | | | |
| 4. AB International Growth Fund Class A | A | Dividend | J | T | | | | | |
| 5. Nuveen Insured Municipal Opportunity Fund | A | Dividend | | | Merged (with line 6) | 04/12/16 | J | | See Note in Part VIII |
| 6. Nuveen Enhanced AMT-Free Municipal Credit Opportunity Fund (NVG) | A | Dividend | J | T | Open | 04/12/16 | J | | See Note in Part VIII |
| 7. Blackrock Balanced Capital Fund Class A | | None | J | T | | | | | |
| 8. MFS Municipal Income Fund A | A | Dividend | J | T | | | | | |
| 9. MFS Global Total Return Fund A | A | Dividend | K | T | | | | | |
| 10. MainStay Large Cap Growth Fund Class A | C | Dividend | K | T | | | | | |
| 11. MainStay Common Stock Fund Class A | A | Dividend | K | T | | | | | |
| 12. MainStay ICAP Select EQ Fund Class A | A | Dividend | K | T | | | | | |
| 13. MainStay Cornerstone Growth Fund Inv. Class (IRA) | A | Dividend | J | T | | | | | |
| 14. Investment Company of America-A Fund Number 4 | B | Dividend | L | T | | | | | |
| 15. Franklin Equity Income Fund-Class A | A | Dividend | K | T | | | | | |
| 16. UBS Pace Large Company Value Equity Fund Class C | A | Dividend | K | T | | | | | |
| 17. UBS U.S.Equity Opportunity Fund Class C | | None | | | Distributed | 03/16/16 | K | B | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS Bank USA | A | Interest | K | T | Open | 03/16/16 | K | | See Note in Part VIII |
| 19. UBS Pace Global Fixed Income Fund Investors Class | A | Dividend | K | T | | | | | See Note in Part VIII |
| 20. UBS U.S. Allocation Fund Class C | | None | K | T | | | | | |
| 21. UBS RMA Money Market Portfolio | A | Dividend | | | Distributed | 06/24/16 | J | | See Note in Part VIII |
| 22. Columbus Life Ins. Co. Annuity | C | Interest | M | T | | | | | |
| 23. Vanguard Windsor II Fund (UGMA) | A | Dividend | K | T | | | | | |
| 24. Washington Federal Seattle Wash (CD UGMA) | A | Interest | K | T | | | | | |
| 25. U.S. Savings Bonds | | None | K | T | | | | | |
| 26. STRS (Ohio) Money Market Account (Ohio public pension) | A | Dividend | J | T | | | | | |
| 27. STRS (Ohio) Russell 1000 Index Fund (Ohio public pension) | A | Dividend | J | T | | | | | |
| 28. PNC Bank (cash account)(CD) | A | Interest | L | T | | | | | |
| 29. United Services Federal Credit Union (cash account) | A | Interest | | | Merged (with line 30) | 09/01/16 | J | | See Note in Part VIII |
| 30. Sun Federal Credit Union (cash account) | A | Interest | J | T | Open | 09/01/16 | J | | See Note in Part VIII |
| 31. FirstMerit Bank (cash account) | A | Interest | K | T | | | | | |
| 32. Northwestern Mutual Extra Ordinary Life Policy | A | Dividend | J | T | | | | | |
| 33. Northwestern Mutual 65 Life Policy | A | Dividend | K | T | | | | | |
| 34. New York Life Whole Life Policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Washington Federal Seattle Wash (cash account)(CD) | A | Interest | M | T | | | | | |
| 36. The Trust Company of Toledo, N.A.(IRA Rollover) (H) | | | | | | | | | |
| 37. --Vanguard Institutional Index Fund (IRA) | C | Dividend | M | T | Buy (add'l) | 12/28/16 | J | | |
| 38. --Buffalo Small Cap Fund (IRA) | | None | | | Sold | 10/20/16 | L | | |
| 39. --MFS Int'l New Discovery-1 Fund (IRA) | A | Dividend | K | T | Buy (add'l) | 12/15/16 | J | | |
| 40. --Vanguard Short Term Federal Bond Fund (IRA) | A | Dividend | L | T | Buy (add'l) | 10/20/16 | K | | |
| 41. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 42. --Northern Institutional Prime Obligations Portfolio (IRA) | A | Interest | L | T | | | | | |
| 43. --Vanguard Intermediate Term Bond Index (IRA) | B | Dividend | L | T | Buy (add'l) | 12/23/16 | J | | |
| 44. --Harbor International Fund (IRA) | B | Dividend | L | T | | | | | |
| 45. --Harbor Bond Fund (IRA) | A | Dividend | K | T | Buy (add'l) | 12/21/16 | J | | |
| 46. --Fidelity Contrafund (IRA) | A | Dividend | L | T | Buy (add'l) | 02/08/16 | J | | |
| 47. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 48. --Sterling Capital Stratton Small- Cap Value Fund (IRA) | A | Dividend | K | T | Buy (add'l) | 12/08/16 | J | | |
| 49. --Dodge & Cox Stock Fund (IRA) | C | Dividend | L | T | Buy (add'l) | 12/22/16 | J | | |
| 50. --Vanguard Dividend Growth-1 (IRA) | B | Dividend | L | T | Buy (add'l) | 10/20/16 | K | | |
| 51. | | | | | Buy (add'l) | 03/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Invesco Int'l Growth (IRA) | A | Dividend | K | T | | | | | |
| 53. Trust #1 (H) | | | | | | | | | See Note in Part VIII |
| 54. --Massachusetts Mutual Permanent Life Policy (X) | C | Dividend | M | T | | | | | |
| 55. --Northwestern Mutual Whole Life Policy (X) | C | Dividend | M | T | | | | | |
| 56. --Columbus Life Insurance Policy (whole life) (X) | A | Dividend | K | T | | | | | |
| 57. The Huntington Investment Co. (H) | | | | | | | | | |
| 58. --American Funds: Capital World Growth & Income Fund A | A | Dividend | J | T | | | | | |
| 59. --American Funds: Washington Mutual Investors Fund Class A | A | Dividend | J | T | | | | | |
| 60. --American Funds: High Income Municipal Bond Fund Class A | A | Dividend | J | T | | | | | |
| 61. --American Funds: Tax Exempt Bond Fund of America A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I and VII [Lines 53-56] Notes: Trust #1 is a life insurance trust for a family member of which I am the trustee. The three whole life insurance policies assigned to Trust #1 [Line 53] are reported in Part VII [Lines 54-56].

Part I and VII Notes: On previous reports, including the report for 01/01/2015 to 12/31/2015, I was custodian under the Ohio UGMA of reported assets for two family members, designated on the reports as Minor #1 and Minor #2. As reported on the 01/01/2015 to 12/31/2015 report in Part VIII, Minor #1 reached the age of majority under the Ohio UGMA statute in 2011 and removed all assets from my nominal custody effective January 9, 2015. Minor #2 reached the age of majority under the Ohio UGMA statute in 2014. However, the Washington Federal (Seattle Wash) CD reported at Part VII [Line 24] and the Vanguard Windsor II Fund reported at Part VII [Line 23] were both still maintained in my name as custodian and in my nominal custody at December 31, 2016. But since there is now only one former minor, the formerly designated Minor #2, with reported assets remaining in my nominal custody, there are no longer any references in this report to Minor #1 and Minor #2.

Part VII [Line 1] Note: The Huntington National Bank IRA reported at Part VII [Line 1] is invested in a Huntington National Bank CD.

Part VII [Lines 5-6] Note: The Nuveen Insured Municipal Opportunity Fund, Inc. [Line 5] was acquired by the Nuveen Enhanced AMT-Free Municipal Credit Opportunitites Fund [Line 6] in a tax-free transaction in exchange for an equal aggregate value of newly issued common shares.

Part VII [Lines 17-18 and 21] Note: UBS liquidated the UBS U.S. Opportunity Fund [Line 17] effective 03/16/2016 and opened an account in my name at UBS Bank USA [Line 18] into which the proceeds of the liquidation of the mutual fund shares were deposited. UBS later liquidated the UBS RMA Money Market Portfolio [Line 21] on 06/24/2016 and then also deposited the proceeds into the UBS Bank USA account [Line 18].

Part VII [Line 19] Note: UBS changed the name of the UBS Pace International Fixed Income Fund [Line 17 of the 01/01/2015 to 12/31/2015 Report] to the UBS Pace Global Fixed Income Fund [Line 19 of this report] in December 2016.

Part VII [Lines 29-30] Note: United Services Federal Credit Union [Line 29] merged into Sun Federal Credit Union [Line 30] effective September 1, 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:   s/ **Mary Ann Whipple**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544